UNITED STATES DISTRICT COURT
DISTRICT OF WISCONSIN
WESTERN DIVISION

| | |
|---|---|
| Tara Jenkins and Allen Jenkins,<br><br>    Plaintiffs,<br>v.<br><br>Country Mutual Insurance Company,<br><br>    Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

**TO:   THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN**

Please take notice that Defendant Country Mutual Insurance Company ("Country Mutual"), by and through its undersigned counsel, pursuant to, and in accordance with, 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes the action captioned *Tara Jenkins and Allen Jenkins, Plaintiffs, vs. Country Mutual Insurance Company, Defendant,* pending as Court File No.: 2023-CV-001191 in the Circuit Court for Dane County, Wisconsin, ("the State Court Action"), to the United States District Court for the Western District of Wisconsin, and hereby states the following grounds for removal:

1. Plaintiffs Tara Jenkins and Allen Jenkins ("Plaintiffs"), commenced this action in the Circuit Court of Dane County, Wisconsin, by mailing a copy of the Summons and Complaint to CSC, Country Mutual's agent for service of process. A copy of the Summons and Complaint is attached as **Exhibit 1**.

2. CSC received the Summons and Complaint on May 15, 2023. A copy of CSC's "Notice of Service of Process" is attached as **Exhibit 2**.

3. This Notice of Removal is being filed within 30 days of CSC's receipt of the Summons and Complaint, and is, therefore timely, under 28 U.S.C § 1446(b).

4. The State Court Action has been filed in the Circuit Court of Dane County, Wisconsin, and carries the Court File No.: 2023-CV-001191. To the best of the undersigned's knowledge and information, no further process, pleadings, or orders, have been filed or served in the State Court Action, other than: "Plaintiffs' First Set of Written Interrogatories and Request for Production of Documents to Defendant Country Mutual Insurance Company." A copy is attached as **Exhibit 3**.

5. Country Mutual is incorporated under the laws of the State of Illinois, with its principal place of business in the State of Illinois and is, therefore, a citizen of the State of Illinois.

6. To the best of the undersigned's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, including review of the Complaint, Plaintiffs are residents and citizens of the State of Wisconsin.

7. There is complete diversity of citizenship between the parties because Country Mutual is a citizen of the State of Illinois, and Plaintiffs are citizens of the State of Wisconsin.

8. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states, as demonstrated above, and because the matter in controversy exceeds the sum of $75,000, exclusive of interest and cost, as explained below:

a. In Paragraphs 5-9 of the Complaint, Plaintiffs allege that in June 2022 their home in Madison, Wisconsin sustained physical damage as a result of hail, and that Country Mutual, their homeowners insurer, failed to investigate and pay out covered damage to the home.

b. In Paragraphs 10-13 of the Complaint, Plaintiffs allege that Country Mutual breached the terms of their homeowners insurance policy by, among other things, failing to properly and timely adjust the claim, failing to issue timely payment for the full cost to repair all damages to the home, misrepresenting terms, conditions and coverages within the insurance policy, delaying and obstructing efforts to obtain timely payment of the claim.

c. In Paragraph 14 of the Complaint, Plaintiffs allege they have suffered, and will continue to suffer, pecuniary losses relating to their unpaid claim including, but not limited to, "the costs to replace the entire roof and siding and roof components, the decreased value of the property, and the risk of further damage if the roof is not promptly replaced."

d. In Paragraphs 15-17 of the Complaint, Plaintiffs allege Country Mutual breached certain express and implied duties and obligations it allegedly owed Plaintiffs, including the implied covenant of good faith and fair dealing, and that it acted in "bad faith."

e. In Paragraphs 18-21 of the Complaint, Plaintiffs seek Statutory Interest under Wis. Stat. § 628.46, at the rate of 7.5% on claims not paid within 30 days of being due.

  f. In the *ad damnum* clause of the Complaint, Plaintiffs seek their Attorney's Fees and Punitive Damages.

  g. *See* "Affidavit of Tony R. Krall in Support of Amount in Controversy."

9. Pursuant to 28 U.S.C. 1446(d), a copy of this Notice of Removal is being served upon Plaintiffs' counsel, and filed with the Clerk of Circuit Court for Dane County, State of Wisconsin.

10. Based on the foregoing, this Court has original jurisdiction of this matter pursuant to 28 U.S.C. §1332 based on diversity of citizenship, and the amount in controversy exceeds $75,000, exclusive of interest and costs, and therefore the entire matter may be removed to this Court pursuant to 28 U.S.C. §1441.

WHEREFORE, Defendant Country Mutual Insurance Company removes this action from the Circuit Court for Dane County, Wisconsin, to the United States District Court for the Western District of Wisconsin, and asks that all further proceedings in this action be held before this Court.

Dated  June 9, 2023    By: s/Tony R. Krall
              Tony R. Krall *(admitted pro hac vice)*
              Meagher & Geer, P.L.L.P.
              33 South Sixth Street, Suite 4400
              Minneapolis, MN  55402
              (612) 338-0661
              tkrall@meagher.com

              **Attorneys for Defendant Country Mutual Insurance Company**